MORRIS J. BALLER, CA Bar No. 048928
mballer@gdblegal.com
SARAH K. WEBB, CA Bar No. 263968
swebb@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
  BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (Fax)

JULIAN HAMMOND, CA Bar No. 268489
Hammond.julian@gmail.com
HammondLaw, PC
1180 S. Beverly Drive, Suite 601
Los Angeles, CA 90035
(310) 601-6766
(310) 295-2385 (Fax)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| Donald Kalan Gagner and Hung Tran, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Southern Wine & Spirits of America, Inc., a Florida Corporation,<br><br>Defendant. | Case No.: CV 10-04405 JSW<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT |

1  Based on the parties' stipulation and good cause appearing;

2      IT IS HEREBY ORDERED that PLAINTIFF HUNG TRAN is granted leave to file the

3  attached First Amended Complaint. Defendant need not file an answer to the First Amended

4  Complaint. Defendant's answer to the original Complaint filed in the Superior Court is hereby

5  deemed the operative answer to the First Amended Complaint, and all new matters averred in the

6  First Amended Complaint are hereby deemed controverted.

7

8  DATED: __January 25__, 2011      *Jeffrey S. White*

9      JEFFREY S. WHITE
    United States District Judge

2

[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT - CASE NO.: CV 10-04405 JSW

247629-2