1  MORRIS J. BALLER, CA Bar No. 048928
   mballer@gdblegal.com
2  SARAH K. WEBB, CA Bar No. 263968
   swebb@gdblegal.com
3  GOLDSTEIN, DEMCHAK,
      BALLER, BORGEN & DARDARIAN
4  300 Lakeside Drive, Suite 1000
   Oakland, CA  94612
5  (510) 763-9800; (510) 835-1417 (Fax)

6  JULIAN HAMMOND, CA Bar No. 268489
   hammond.julian@gmail.com
7  HAMMONDLAW, PC
   1180 S. Beverly Drive, Suite 601
   Los Angeles, CA  90035
8  (310) 601-6766; (310) 295-2385 (Fax)

9  Attorneys for Plaintiffs

10 CLEMENT J. KONG, CA BAR NO. 69084
   Clement@kkks.com
11 KEITH R. THORELL, CA BAR NO. 199558
   keith@kkks.com
12 LAUREN F. HAGER, CA BAR NO. 256003
   LaurenH@kkks.com
13 KORSHAK, KRACOFF, KONG & SUGANO, LLP
   1640 S. Sepulveda Blvd., Suite 520
14 Los Angeles, CA  90025
   310-996-2340; 310-996-2334 (Fax)

15 Attorneys for Defendant

16

                    IN THE UNITED STATES DISTRICT COURT
17
           FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO
18

19 | Gene Jovich and Hung Tran, individually and on behalf of all others similarly situated, | Case No.: C 10-04405 JSW |
   | | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
20 | Plaintiffs, | |
21 | vs. | Date:        May 13, 2011 |
   | | Time:        1:30 p.m. |
22 | Southern Wine & Spirits of America, Inc., | Courtroom:   11 |
   | | Judge:       Hon. Jeffrey S. White |
23 | Defendant. | |

24

25

26

27

28

269047-3

1    Plaintiffs, Gene Jovich and Hung Tran, and Defendant, Southern Wine and Spirits of America,

2   Inc., submit this Joint Case Management Conference Statement, focusing on developments in the case

3   since those described in their prior Joint CMC Statement filed on January 6, 2011, for the scheduled

4   CMC that was continued by the Court to May 13, 2011.

5   I.    Pleadings and Discovery Since the Last Case Management Conference

6        A.    First Amended Complaint

7        On January 24, 2011, the Court entered its Order dismissing original plaintiff Donald Gagner

8   on the parties' Stipulation.

9        On January 25, 2011, Plaintiffs filed their First Amended Complaint, based on Defendant's

10   Stipulation to that filing and the Court's Order permitting it.  The changes made in the First Amended

11   Complaint included: (1) adding Gene Jovich as a Plaintiff and putative Class Representative, (2)

12   alleging facts relating to Jovich and deleting facts relating to Gagner, and (3) conforming the complaint

13   to the pleading requirements of the Federal Rules of Civil Procedure, since the original complaint had

14   been filed in State court, from which Defendant removed the case to this Court.  The parties'

15   Stipulation and the Court's Order deemed Defendant's original Answer as the operative Answer to the

16   First Amended Complaint and any new allegations were deemed controverted.

17        B.    Written Discovery

18        Defendant served responses and supplemental responses to Plaintiffs' First Set of Requests for

19   Production of Documents and Plaintiff Tran's First Set of Interrogatories on January 7, 2011.

20   Defendant has now produced over 10,000 pages of documents, which Plaintiffs have reviewed and

21   analyzed.

22        Defendant served its First Set of Requests for Production of Documents on Plaintiffs Jovich

23   and Tran on March 2, 2011.  Plaintiffs Jovich and Tran responded to that discovery on March 31,

24   2011, and served supplemental responses on April 4 and 8, 2011, consisting of 18 signed declarations

25   of Class members concerning their duties and activities, expenses and reimbursements, and additional

26   documents.

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - Case No.: C 10-04405 JSW

269047-3

1      C.     <u>Depositions</u>

2      Plaintiffs took the deposition of Defendant by its designated witness, pursuant to Rule 30(b)(6),

3  on March 1-2, 2011. Because Plaintiffs contend that the designated witness could not provide some

4  information within the scope of the deposition notice, Plaintiffs reserved the right to seek continuation

5  of the deposition.

6      Defendant began but did not complete the deposition of Plaintiff Tran on February 8, 2011, and

7  that of Plaintiff Jovich on April 5, 2011.

8      D.     <u>Informal Information Exchanges</u>

9      In addition to formal discovery, the parties engaged in extensive exchanges of information in

10  connection with the mediation process described below. As a result of that information exchange,

11  Plaintiffs were able to clarify the scope of the class (without requiring a change of the class definition

12  in the First Amended Complaint) by eliminating employees in certain positions that were akin to the

13  core class position of Sales Representative in name but not in relevant job duties, activities, or terms

14  and conditions of employment. Defendant also provided clarifying information regarding the size of

15  the class and certain of its policies relating to reimbursement of expenses.

16      Plaintiffs provided Defendant with a detailed analysis of their assumptions and data analyses

17  regarding the amount of expenses incurred by members of the Class.

18  II.   <u>Mediation and Ongoing Settlement Discussions</u>

19      The parties attended a full-day mediation before Hon. Edward A. Panelli of JAMS on May 4,

20  2011. While a settlement agreement was not reached, the parties engaged in a useful exchange of

21  further factual information, as well as contentions and positions, in the case. At the conclusion of the

22  mediation session, the parties agreed to conduct further exchanges of information and documents, in an

23  effort to clarify the factual matters which principally underlay their differences, starting with an in-

24  person meeting of counsel on May 23 or 24, 2011. The parties have discussed what types of further

25  information will be exchanged and discussed at that meeting, and a potential plan for obtaining a more

26  closely agreed upon set of data regarding the most important facts in dispute in the case, which in the

27  parties' view could facilitate further productive settlement discussions, perhaps in resumed mediation

28  with Justice Panelli.

2

269047-3

III.     Scheduling Request

   The parties request an opportunity to conduct further informal information exchanges and
possibly renewed mediation or settlement discussions, without the time pressure of an early deadline
for filing of Plaintiffs' anticipated motion for class certification, which motion would certainly require
both parties to engage in extensive, and expensive, formal discovery as well as time-intensive briefing
of certification and perhaps other issues.  Accordingly, the parties suggest either of two alternatives:
(1) to continue the Case Management Conference for approximately three months, in order to allow
further settlement discussions and the completion of any pre-settlement activities including a joint
survey of relevant data or further limited discovery, or (2) to set a due date for filing of Plaintiffs'
anticipated motion for class certification far enough out to avoid placing pressure on the parties to
engage in full-blown discovery over the next few months; such a date would be in late November or
December 2011.

Dated:  May 6, 2011                              Respectfully submitted,

                                                 GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                                 DARDARIAN

                                                 MORRIS J. BALLER, CA Bar No. 048928
                                                 mballer@gdblegal.com
                                                 SARAH K. WEBB, CA Bar No. 263968
                                                 swebb@gdblegal.com
                                                 300 Lakeside Drive, Suite 1000
                                                 Oakland, CA  94612
                                                 Tel: (510) 763-9800; Fax: (510) 835-1417

Dated:  May 6, 2011                              LAW OFFICES OF JULIAN HAMMOND

                                                 JULIAN HAMMOND, CA Bar No. 268489
                                                 Hammond.julian@gmail.com
                                                 1180 S. Beverly Drive, Suite 601
                                                 Los Angeles, CA  90035
                                                 Tel: (310) 400-1050; Fax: (310) 400-1056

                                                 ATTORNEYS FOR PLAINTIFFS

269047-3

Date: May 6, 2011                    KORSHAK, KRACOFF, KONG & SUGANO, LLP

_____
CLEMENT J. KONG, CA BAR NO. 69084
Clement@kkks.com
KEITH R. THORELL, CA BAR NO. 199558
keith@kkks.com
LAUREN F. HAGER, CA BAR NO. 256003
LaurenH@kkks.com
KORSHAK, KRACOFF, KONG & SUGANO, LLP
1640 S. Sepulveda Blvd., Suite 520
Los Angeles, CA  90025
Tel: 310-996-2340; Fax: 310-996-2334

ATTORNEYS FOR DEFENDANTS

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - Case No.: C 10-04405 JSW

269047-3