MORRIS J. BALLER, CA Bar No. 048928
mballer@gdblegal.com
SARAH K. WEBB, CA Bar No. 263968
swebb@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
 BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (Fax)

JULIAN HAMMOND, CA Bar No. 268489
Hammond.julian@gmail.com
HammondLaw, PC
1180 S. Beverly Drive, Suite 601
Los Angeles, CA 90035
(310) 601-6766
(310) 295-2385 (Fax)

Attorneys for Plaintiffs

KEITH R. THORELL, CA Bar No. 199558
Korshak, Kracoff, Kong & Sugano, LLP
1640 S. Sepulveda Blvd., Suite 520
Los Angeles, CA 90025
(310) 996-2340
(310) 996-2334 (Fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| Gene Jovich and Hung Tran, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Southern Wine & Spirits of America, Inc., a Florida Corporation,<br><br>Defendant. | Case No.: CV 10-04405 JSW<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: August 26, 2011<br>Time: 1:30 p.m.<br>Crtrm: 11<br>Judge: Hon. Jeffrey S. White |

Plaintiffs, Gene Jovich and Hung Tran, and Defendant, Southern Wine and Spirits of America, Inc., submit this Joint Case Management Conference Statement, focusing on developments in the case since those described in their prior Joint CMC Statements on January 6, 2011 and May 6, 2011, for the scheduled CMC that was continued by the Court to August 26, 2011.

## I. MEDIATION AND SETTLEMENT PROCEEDINGS

As noted in their last Joint CMC Statement, the parties participated in a day-long mediation before Hon. Edward A. Panelli of JAMS on May 4, 2011, and although a settlement was not reached at that time the parties agreed to continue their discussions, exchange further information, and jointly seek a data set on the most critical issue involved in settlement discussions (the number of miles driven by class members in the course of their work), with the expectation that with this additional information the parties would be in a position to return to mediation and again attempt to settle the case.

The parties have diligently pursued the course of action outlined in the prior Statement and summarized above. In particular, the parties have jointly selected and jointly retained a qualified consulting firm to conduct a survey to gather information about miles driven by a representative sample of the class members and to analyze the results and report them to the parties. Because of the time required to identify and select the consultant, design and carry out the survey, and analyze and report the results – steps which have been only partially completed at this time – the parties have not been in a position to resume their settlement discussions. However, counsel for the two sides have agreed to reserve a further mediation date with Justice Panelli after a sufficient interval to allow for receipt and consideration of the consultant's report by the parties. At the present time, the parties anticipate that a further mediation date in early to mid-November is realistic.

## II. OTHER LITIGATION PROCEEDINGS

In light of the parties' commitment to explore settlement based on the record previously compiled as supplemented by the jointly retained consultant's report, and to conserve resources, neither side has initiated further pleadings or discovery.

///

///

1
JOINT CASE MANAGEMENT CONFERENCE STATEMENT - CASE NO.: CV 10-04405 JSW

289830-1

### III. REQUESTED ACTION

The parties jointly request that the Court continue the scheduled Case Management Conference to an available date in late November or early December 2011, in order to permit the parties to complete their further discussions and participate in a renewed mediation. At that time, the parties should be in a position either to (1) advise the Court that a tentative settlement has been reached, and to schedule preliminary approval proceedings, or (2) request that the Court set cutoff dates for class certification discovery and any necessary pleadings, and filing dates for class certification briefing.

Dated: 8/18/11

Respectfully submitted,

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

*/s/ Morris J. Baller*
MORRIS J. BALLER, CA Bar No. 048928
mballer@gdblegal.com
SARAH K. WEBB, CA Bar No. 263968
swebb@gdblegal.com
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (Fax)

JULIAN HAMMOND, CA Bar No. 268489
Hammond.julian@gmail.com
HammondLaw, PC
1180 S. Beverly Drive, Suite 601
Los Angeles, CA 90035
(310) 601-6766
(310) 295-2385 (Fax)

ATTORNEYS FOR PLAINTIFFS

Dated: 8/18/11

*/s/ Keith R. Thorell*
KEITH R. THORELL, CA Bar No. 199558
Korshak, Kracoff, Kong & Sugano, LLP
1640 S. Sepulveda Blvd., Suite 520
Los Angeles, CA 90025
(310) 996-2340
(310) 996-2334 (Fax)

ATTORNEYS FOR DEFENDANTS