MORRIS J. BALLER, CA Bar No. 048928
mballer@gdblegal.com
SARAH K. WEBB, CA Bar No. 263968
swebb@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (Fax)

JULIAN HAMMOND, CA Bar No. 268489
Hammond.julian@gmail.com
HammondLaw, PC
1180 S. Beverly Drive, Suite 601
Los Angeles, CA 90035
(310) 601-6766
(310) 295-2385 (Fax)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| Gene Jovich and Hung Tran, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Southern Wine & Spirits of America, Inc., a Florida Corporation,<br><br>    Defendant. | Case No.: CV 10-04405 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MAGISTRATE JUDGE'S AUTHORITY TO ENTER DISCOVERY AND SETTLEMENT CONFERENCE PREPARATION ORDERS** |

Plaintiffs, Hung Tran and Gene Jovich, and Defendant, Southern Wine & Spirits of America, enter into this Stipulation based on the following facts:

1. On December 5, 2011, the Court entered an Order referring this case to a randomly selected Magistrate Judge for a settlement conference to be completed by March 2, 2012, and further providing that "[l]imited discovery in aide of settlement shall be allowed."

2. Subsequently, the parties have been informed by the Clerk's office that the Hon. Nandor J. Vadas was assigned as the Magistrate Judge to conduct the settlement conference.

3. The parties have met and conferred with regard to the nature and extent of further limited discovery and other preparations that will enhance the likelihood of a productive settlement conference to be conducted by the Magistrate Judge.

4. The parties agree that an Order of the Court clarifying Judge Vadas' authority to issue orders with regard to the necessary and appropriate limited discovery to be allowed, and other matters in preparation for the settlement conference, would assist Judge Vadas in carrying out his assignment on the reference.

THEREFORE, Plaintiffs and Defendant jointly stipulate and request that the Court should enter the Order set forth below, clarifying Judge Vadas' authority to enter necessary and appropriate orders relating to limited discovery and other settlement conference preparations.

Dated: Jan. 3, 2012

Respectfully submitted,

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

*Morris J. Baller*

MORRIS J. BALLER, CA Bar No. 048928
mballer@gdblegal.com
SARAH K. WEBB, CA Bar No. 263968
swebb@gdblegal.com
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (Fax)

ATTORNEYS FOR PLAINTIFFS

---

1
STIPULATION AND [PROPOSED] ORDER RE: MAGISTRATE JUDGE'S AUTHORITY TO ENTER DISCOVERY AND
SETTLEMENT CONFERENCE PREPARATION ORDERS - CASE NO.: CV 10-04405 JSW

316399-4

Dated: January 3, 2012

KORSHAK, KRACOFF, KONG & SUGANO, LLP

_____
Keith R. Thorell (SBN: 199558)
Lauren Hager (SBN: 256003)
Westwood Terrace
1640 S. Sepulveda Blvd., Suite 520
Los Angeles, CA 90025

ATTORNEYS FOR DEFENDANT

### [Proposed] Order re: Magistrate Judge's Authority

Upon the stipulation of the parties to this action, and for good cause shown, it is hereby ORDERED that:

The Magistrate Judge to whom this case has been referred pursuant to the Court's Minute Order entered December 5, 2011, the Hon. Nandor J. Vadas, shall have the authority to issue further orders with regard to the limited discovery in aide of settlement permitted by that Order, and with regard to other matters necessary and appropriate in preparation for the settlement conference required by the December 5, 2011 Order.

Dated: January 5, 2012

_____
UNITED STATES DISTRICT JUDGE