MORRIS J. BALLER, CA Bar No. 048928
mballer@gdblegal.com
JAMES KAN, CA Bar No. 240749
jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (Fax)

JULIAN HAMMOND, CA Bar No. 268489
Hammond.julian@gmail.com
HammondLaw, PC
1180 S. Beverly Drive, Suite 601
Los Angeles, CA  90035
(310) 601-6766
(310) 295-2385 (Fax)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| Gene Jovich, Hung Tran, and Leonard Greilich, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>vs.<br><br>Southern Wine & Spirits of America, Inc., a Florida Corporation,<br><br>                     Defendant. | Case No.:  CV 10-04405 JSW<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: September 14, 2012<br>Time: 9:00 a.m.<br>Dept. 11<br>Hon. Jeffrey S. White |

TO THE COURT, DEFENDANT SOUTHERN WINE & SPIRITS OF AMERICA, INC., AND ITS COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that, on September 14, 2012,[1] at 9:00 a.m. in Department 11 of the United States District Court for the Northern District of California located at 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Jeffrey S. White, Plaintiffs Gene Jovich, Hung Tran, and Leonard Greilich ("Plaintiffs"), on behalf of themselves and all others, will and do hereby move this Court, pursuant to Federal Rule of Civil Procedure 23(e), for entry of an Order granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement as follows:

1. Preliminary approving the settlement as fair, adequate, and reasonable based upon the terms set forth in the parties' Joint Stipulation and Settlement Agreement of Class Action, including payment by Southern Wine & Spirits of America, Inc. of the Settlement Fund amount of $3,500,000 plus the employer's share of payroll taxes arising from such payments;

2. Conditionally certifying the Class for settlement purposes only; and defining the Class as: "All persons employed by Southern Wine & Spirits of America, Inc. as a union sales representative, including, but not limited to, the positions of PWS On-Sale Salesperson, PWS Off-Sale Salesperson, PWS Combo Salesperson, SWS On-Sale Salesperson, SWS Off-Sale Salesperson and SWS Combo Salesperson, and substantially similar variations of such titles, within the State of California during the period of August 17, 2006 through May 31, 2012."

3. Preliminarily appointing Plaintiffs as Class Representatives, and Goldstein Demchak Baller Borgen & Dardarian and HammondLaw PC as Class Counsel, for purposes of settlement;

4. Approving the proposed Notice of Class Action Settlement, Estimated Payment Form (two alternative versions), and Claim Form, and ordering that they be disseminated to the Class as provided in the Settlement Agreement.

5. Appointing Kurtzman Carson Consultants, LLC as the Settlement Administrator for mailing notices and for settlement and claims administration, and approving that the fees and costs of

---

[1] Plaintiffs have noticed a preliminary approval hearing date of September 14, 2012 pursuant to the Court's rules. However, they will request an expedited hearing for July 27, 2012 by motion for shortening time, which should be filed shortly after this motion.

the settlement administration process, not to exceed $22,500 ($27,500 if a second distribution of payments is required), to be deducted from the Settlement Fund.

6. Preliminarily approving the service payments of $10,000 each to Plaintiffs Jovich, Tran, and Greilich in recognition of their service to the Class and the time spent and risks that they undertook in filing and prosecuting the action;

7. Preliminarily approving Plaintiffs' Counsel's request for attorneys' fees of 30% of the Settlement Fund ($1,050,000), and litigation costs and expenses of up to $55,889;

8. Setting dates by which those Class Members required to submit claims in order to participate in the settlement shall do so, and by which all Class Members who wish to opt out of or object to the settlement shall do so, as specified in the Settlement Agreement; and

9. Setting a date for hearing on the motion for final approval of the settlement to be filed by Plaintiffs, and for reports and pleadings to be filed before that hearing date.

Defendant does not oppose this motion. This unopposed Motion is based upon this Notice of Motion and Motion, Memorandum of Points and Authorities and the Declarations of Morris J. Baller, Julian Hammond, Gene Jovich, Hung Tran, and Leonard Greilich in support thereof, the pleadings and papers filed herein, and such other oral and documentary evidence as may be presented to the Court.

Dated: July 6, 2012

Respectfully submitted,

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

   /s/    JAMES KAN
MORRIS J. BALLER, CA Bar No. 048928
mballer@gdblegal.com
JAMES KAN, CA Bar No. 240749
jkan@gdblegal.com
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

JULIAN HAMMOND, CA Bar No. 268489
Hammond.julian@gmail.com
HammondLaw, PC
1180 S. Beverly Drive, Suite 601
Los Angeles, CA 90035
(310) 601-6766; (310) 295-2385 (Fax)
ATTORNEYS FOR PLAINTIFFS