MORRIS J. BALLER, CA Bar No. 048928
mballer@gdblegal.com
JAMES KAN, CA Bar No. 240749
jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
     BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (Fax)

JULIAN HAMMOND, CA Bar No. 268489
Hammond.julian@gmail.com
HammondLaw, PC
1180 S. Beverly Drive, Suite 601
Los Angeles, CA  90035
(310) 601-6766
(310) 295-2385 (Fax)

Attorneys for Plaintiffs

CLEMENT J. KONG, CA BAR NO. 69084
Clement@kkks.com
KEITH R. THORELL, CA BAR NO. 199558
keith@kkks.com
LAUREN F. HAGER, CA BAR NO. 256003
LaurenH@kkks.com
KORSHAK, KRACOFF, KONG & SUGANO, LLP
1640 S. Sepulveda Blvd., Suite 520
Los Angeles, CA  90025
310-996-2340; 310-996-2334 (Fax)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| Gene Jovich, Hung Tran, and Leonard Greilich individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>Southern Wine & Spirits of America, Inc., a Florida Corporation,<br><br>   Defendant. | Case No.:  CV 10-04405 JSW<br><br>[~~PROPOSED~~] ORDER SHORTENING TIME<br><br>Noticed Hearing Date:  September 14, 2012<br>Noticed Hearing Time:  9:00 a.m.<br>Courtroom:                     11<br>Hon. Jeffrey S. White |

On the Joint Motion of Plaintiffs and Defendant in the above-titled matter, and for good cause shown, it is hereby ORDERED that the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement shall be set for __August 10__, 2012 at 9:00 a.m.

Dated: __July 10__, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE