MORRIS J. BALLER, CA Bar No. 048928
mballer@gdblegal.com
SARAH K. WEBB, CA Bar No. 263968
swebb@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
　BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (Fax)

JULIAN HAMMOND, CA Bar No. 268489
Hammond.julian@gmail.com
HammondLaw, PC
1180 S. Beverly Drive, Suite 601
Los Angeles, CA 90035
(310) 601-6766
(310) 295-2385 (Fax)

Attorneys for Plaintiffs

KEITH R. THORELL, CA Bar No. 199558
keith@kkks.com
LAUREN F. HAGER, CA Bar No. 256003
LaurenH@kkks.com
KORSHAK, KRACOFF, KONG & SUGANO, LLP
Westwood Terrace
1640 S. Sepulveda Blvd., Suite 520
Los Angeles, CA 90025
(310) 996-2340
(310) 996-2334 (Fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| Gene Jovich and Hung Tran, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Southern Wine & Spirits of America, Inc., a Florida Corporation,<br><br>　　　　Defendant. | Case No.: CV 10-04405 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Date:　　September 28, 2012<br>Time:　　1:30 p.m.<br>Ctrm:　　11<br>Judge:　　Hon. Jeffrey S. White |

STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE - CASE NO.: CV 10-04405 JSW

The parties hereby stipulate and jointly request that the Court vacate the Case Management Conference currently scheduled for September 28, 2012 in light of the pendency of the Final Approval Hearing scheduled for December 7, 2012.

This Stipulation and request is based on the following facts:

A. The parties, through arms-length negotiation and assisted by the Honorable Edward A. Panelli (Retired), reached an agreement to settle.

B. The parties reduced the terms of the settlement to a formal Settlement Agreement and submitted said agreement to the Court for preliminary approval.

C. On July 27, 2012, the Court issued an Order Granting Plaintiffs' Motion for Preliminary Approval of the settlement.

D. Since Preliminary Approval, the parties have worked diligently with settlement administrator Kurtzman Carson Consultants LLC, to comply with the deadlines set forth in the Settlement Agreement. As such, the Class Notice was mailed to Class Members on Thursday, August 16, 2012. Since that time, Kurtzman Carson Consultants LLC has been actively monitoring, receiving and processing claim forms, challenges, opt-outs and objections submitted by Class Members.

E. The deadline for Class Members to submit requests for exclusion or to object to the settlement is October 15, 2012.

F. In granting Preliminary Approval, the Court set December 7, 2012 as the date of the Final Approval Hearing.

G. Counsel for the parties believe that it would be appropriate, in light of the Final Approval Hearing scheduled for December 7, 2012 and of the foregoing information which is all that the parties could report to the Court if the CMC were to be held, and given that the monitoring of Class Member responses to the Class Notice is an active and ongoing process, for the Court to vacate the CMC currently scheduled for September 28, 2012.

For the reasons stated above, the parties jointly request that the Court enter an Order Vacating the Case Management Conference currently scheduled for September 28, 2012 in light of the pending final approval hearing scheduled for December 7, 2012.

A proposed Order is set forth below.

| | | |
|---|---|---|
| 1 | Dated: September 21, 2012 | Respectfully submitted, |
| 2 | | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN |

*/s/ Morris J. Baller*

MORRIS J. BALLER, CA Bar No. 048928
mballer@gdblegal.com
JAMES KAN, CA Bar No. 240749
jkan@gdblegal.com
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (Fax)

JULIAN HAMMOND, CA Bar No. 268489
Hammond.julian@gmail.com
HammondLaw, PC
1180 S. Beverly Drive, Suite 601
Los Angeles, CA 90035
(310) 601-6766
(310) 295-2385 (Fax)

ATTORNEYS FOR PLAINTIFFS

Dated: September 21, 2012

*/s/ Keith R. Thorell*

KEITH R. THORELL, CA Bar No. 199558
keith@kkks.com
LAUREN F. HAGER, CA Bar No. 256003
LaurenH@kkks.com
KORSHAK, KRACOFF, KONG & SUGANO, LLP
Westwood Terrace
1640 S. Sepulveda Blvd., Suite 520
Los Angeles, CA 90025
(310) 996-2340
(310) 996-2334 (Fax)

Attorneys for Defendants

[PROPOSED] ORDER

Upon the parties' stipulation, and for good cause shown, it is hereby ORDERED that:

1. The Case Management Conference previously scheduled in this case for September 28, 2012, shall be vacated in light of the Final Approval Hearing scheduled for December 7, 2012.

Dated: September 24, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE